No. 517. THE PEOPLE *v.* CINTRÓN ET AL.—Appeal from the District Court of Ponce. Motion of *fiscal* to withdraw appeal. Decided January 28, 1913. Appeal dismissed on motion of *fiscal.* Mr: Charles E. Foote, fiscal, for The People. The respondents did not appear.

———

No. 479. SUCCESSION OF ORRACH *v.* SUCCESSION OF POLANCO.—Appeal from the District Court of Humacao. On appeal to the Supreme Court of the United States. Motion of the appellee to revoke the order granting an appeal to the Supreme Court of the United States. Decided January 31, 1913. Motion overruled because the court held that it had no jurisdiction to enter such order. *Mr. Antonio Sarmiento* for respondent. *Messrs. H. R. Francis* and *José de Guzmán Benítez* for appellant.

———

No. 375. EX PARTE GUZMÁN, PETITIONER.—Petition for the approval of the notarial surety bond given by the National Surety Company on January 2, 1913. Decided February 3, 1913. Bond approved. The petitioner appeared *pro se.*

———

No. 946.—HERNÁNDEZ *v.* NEPHEWS OF PEDRO DE DIEGO & Co., LIMITED.—Appeal from the District Court of Guayama. Motion of respondents to dismiss appeal. Decided February 4, 1913. Appeal dismissed for noncompliance with section 249 of the Code of Civil Procedure, amended by Act No. 70 of March 9, 1911. *Mr. Tomás Bernardini de la Huerta* for respondents. *Mr. Manuel A. Martínez* for appellant.

———

No. 373. EX PARTE MAS, PETITIONER.—Petition for the approval of the notarial surety bond executed by the National Surety Company on December 20, 1912. Decided February 6, 1913. Bond approved. The petitioner appeared *pro se.*